# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH MARTINEZ, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,
                Appellant,
    vs.
SGGOAKS ROYAL LINKS, LLC,
               Respondent.

No. 79173

**FILED**

AUG 3 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY SYoung
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Stefany Miley, District Judge
       Dana Nitz, Settlement Judge
       Kazerouni Law Group, APC
       Hutchison & Steffen, LLC/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-32029